IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMANDIA WILLIAMS,

       Plaintiff,                                         No. 2:19-cv-00905-KRS

v.

ANDREW SAUL, Commissioner
of the Social Security Administration,

       Defendant.

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 1), filed September 27, 2019. Having reviewed the motion, the Court FINDS and CONCLUDES that Plaintiff's request is well-taken and should be granted. In making this determination, the Court notes that Plaintiff has successfully established that she is unable to prepay the required filing fee and/or that so doing will cause her substantial hardship. *See* 28 U.S.C. § 1915(a)(1).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 1) is hereby **GRANTED**.

                                                                              _____
                                                                              KEVIN R. SWEAZEA
                                                                              UNITED STATES MAGISTRATE JUDGE