IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMANDIA WILLIAMS,

    Plaintiff,

vs.                                                              No. 2:19-CV-00905-KRS

ANDREW M. SAUL, Commissioner of
Social Security Administration,

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse the Administrative Law Judge (ALJ) Unfavorable Decision . . . or Alternatively to Remand the Case Back to the Administrative Law Judge (Doc. 18) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**